Jeffrey Francis Craft SBN 147186
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle,
Newbury Park, CA 91320

Timothy Devlin (*pro hac vice*)
James M. Lennon (*pro hac vice*)
Veronica Schad (*pro hac vice*)
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com
vschad@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BLUE SPIKE LLC; BLUE SPIKE INTERNATIONAL LTD.; WISTARIA TRADING LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> PANDORA MEDIA, INC., <br><br> Defendant. | Case No. 2:19-cv-00748-JAK-JPR <br><br> **JOINT REPORT REGARDING CASE SCHEDULING AND DISCOVERY PURSUANT TO DKT. 144** |

JOINT REPORT PURSUANT TO DKT. 144

## I. INTRODUCTION

Pursuant to this Court's December 26, 2019 Order (Dkt. 144), Plaintiffs Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd. ("Blue Spike" or "Plaintiffs") and Defendant Pandora Media, LLC ("Pandora" or "Defendant") hereby submit this Joint Report addressing case scheduling and the discovery sought by Blue Spike in order to respond to Pandora's motion for summary judgment (Dkt. 89).

## II. PRE-TRIAL CASE SCHEDULE

The parties provide two alternative proposed schedules below. The first schedule is the parties' proposal if the case proceeds on the infringement theory set forth in Blue Spike's existing infringement contentions. In the event that Blue Spike's yet-to-be-served Amended Infringement Contentions are permitted over Pandora's objections, the parties have provided a second proposed schedule to account for additional discovery that may be necessary.

### A. Proposed Schedule If Only Existing Infringement Theory Proceeds

| Deadline | Parties' Proposed Date |
| --- | --- |
| Amended Infringement Contentions (Dkt. 144 at 2) | January 15, 2020[1] |
| Pandora's Objections to Amended Infringement Contentions (Dkt. 144 at 2) | January 29, 2020 |
| Blue Spike's Response re Amended Infringement Contentions (Dkt. 144 at 2) | February 5, 2020 |
| Completion of Discovery Relevant | April 24, 2020 |

---

[1] Blue Spike intends to move for an extension of the January 8, 2020 date in the Court's December 26, 2019 Order, (Dkt. 144) due to the intervening holiday period.

| Deadline | Date |
|---|---|
| to Pandora's Motion for Summary Judgment (Dkt. 89) | |
| Blue Spike's Supplemental Opposition to Pandora's Motion for Summary Judgment (Dkt. 89) | May 8, 2020 |
| Pandora's Reply to Blue Spike's Supplemental Opposition to Pandora's Renewed Motion for Summary Judgment | May 29, 2020 |
| Final Infringement Contentions; Expert Reports on issues where Blue Spike has the Burden of Proof | July 28, 2020 |
| Final Invalidity Contentions; Expert Reports on issues where Pandora has the Burden of Proof and Pandora's Rebuttal Expert Reports | August 25, 2020 |
| Blue Spike's Rebuttal Expert Reports | September 22, 2020 |
| Close of Discovery | October 20, 2020 |
| Last Date to File All Motions | November 17, 2020 |

**B. Proposed Schedule If Amended Infringement Contentions Permitted**

| Deadline | Parties' Proposed Date |
|---|---|
| Amended Infringement | January 15, 2020[2] |

---

[2] Blue Spike intends to move for an extension of the January 8, 2020 date in the Court's December 26, 2019 Order, (Dkt. 144) due to the intervening holiday period.

| | |
|---|---|
| Contentions (Dkt. 144 at 2) | |
| Pandora's Objections to Amended Infringement Contentions (Dkt. 144 at 2) | January 29, 2020 |
| Blue Spike's Reply re Amended Infringement Contentions (Dkt. 144 at 2) | February 5, 2020 |
| Parties to meet and confer to determine whether additional claim construction is necessary and submit a proposed briefing schedule[3] | April 1, 2020 |
| Completion of Discovery Relevant to Pandora's Motion for Summary Judgment (Dkt. 89) | April 24, 2020 |
| Blue Spike's Supplemental Opposition to Pandora's Motion for Summary Judgment (Dkt. 89) | May 8, 2020 |
| Pandora's Reply to Blue Spike's Supplemental Opposition to Pandora's Renewed Motion for Summary Judgment | May 29, 2020 |
| Final Infringement Contentions; Expert Reports on issues where | September 16, 2020 |

---

[3] Because Blue Spike has not yet served its Amended Infringement Contentions, Pandora does not yet know if additional claim construction disputes will be implicated by those contentions.

| Blue Spike has the Burden of Proof | |
|---|---|
| Final Invalidity Contentions; Expert Reports on issues where Pandora has the Burden of Proof/Rebuttal Expert Reports | October 14, 2020 |
| Blue Spike's Rebuttal Expert Reports | November 11, 2020 |
| Close of Discovery | December 16, 2020 |
| Last Date to File All Motions | January 27, 2021 |

### III.  DISCOVERY DISPUTES

Pursuant to this Court's December 26, 2019 Order (Dkt. 144) ("Order"), the parties met and conferred on January 3, 2020.  Based on the language of the Order, the parties understood that the present Joint Report should be limited in scope to discovery issues regarding the infringement theory outlined in Blue Spike's September 26, 2018 initial infringement contentions (the "Existing Infringement Theory").  As such, this Joint Report is limited to only those discovery disputes arising directly from the Existing Infringement Theory. (*See, in general,* Dkt. 136, Ex. 9.)  The parties agree to address all discovery disputes from Blue Spike's Amended Infringement Contentions (if permitted) as such issues arise.

Therefore, only the disputes identified in Chart One of Blue Spike's Supplemental Submission Pursuant to Dkt. 131 Seeking Discovery ("Supplemental Submission") are addressed here. (*See, in general,* Dkt. 136, Ex 9.)  Blue Spike reserves all rights to raise discovery disputes related to any of its Amended Infringement Contentions, including those articulated in Chart Two of the Supplemental Submission.

The parties provide the following report regarding discovery arising directly from the Existing Infringement Theory:

| Summary of Discovery | The Parties' Discovery Plan |
|---|---|
| Blue Spike's RFP Nos. 42, 85, 88, 100, and 103, and Interrogatory No. 14. | The parties have conferred regarding the requests for production and interrogatories and believe they are likely to reach an agreement regarding what further responses are necessary.  However, because of the unavailability of Pandora employees due to the holidays, the parties were unable to confirm the agreement before the filing deadline for this Report.  The parties will file a supplement no later than Wednesday, January 8, 2020, setting forth the parties' agreement regarding these requests for production and interrogatories (or their positions, if an agreement cannot be reached). |
| Source Code | The parties agree that Blue Spike will examine Pandora's source code. |
| The deposition of Ivo Pletikosic.  (Dkt. 136, Ex. 9 at 5; Ex. 4 at 8.) | The parties have agreed to resolve the discovery sought from Mr. Pletikosic's deposition through a deposition of one of more of Pandora's corporate representatives pursuant to Fed. R. Civ. P. 30(b)(6) on topics directed to Pandora's control or direction of UMG or other third parties, or Pandora's use of watermarking. |
| The deposition of Kyle Lind. (Dkt. 136, Ex. 9 at 5; Ex. 6 at 9.) | The parties have agreed to resolve the discovery sought from Mr. Lind's deposition through a deposition of one of more of Pandora's corporate |

| | |
|---|---|
| | representatives pursuant to Fed. R. Civ. P. 30(b)(6) on topics directed to Pandora's control or direction of UMG or other third parties, or Pandora's use of watermarking. |
| <u>The deposition of Craig McFadden</u>.  (Dkt. 136, Ex. 9 at 6; Dkt. 89-9.) | The parties have agreed to resolve the discovery sought from Mr. McFadden's deposition through a deposition of one of more of Pandora's corporate representatives pursuant to Fed. R. Civ. P. 30(b)(6) on topics directed to Pandora's control or direction of UMG or other third parties, or Pandora's use of watermarking. |
| Universal Music Group ("UMG") and Universal Recording Services, Inc. ("UMGRS").  (Dkt. 136, Ex. 3.) | Blue Spike will proceed with its third-party discovery efforts regarding UMGRS.  (Dkt. 136, Ex. 9 at 6-7; Ex. 3 at 4-5.) |
| Warner Music Group ("WMG").  (Dkt. 136, Ex. 9 at 7; Ex. 7 at 15.) | Blue Spike will proceed with its third-party discovery efforts regarding WMG.  (Dkt. 136, Ex. 9 at 7; Ex. 7 at 15.) |

DATED: January 6, 2020

Respectfully submitted,

/s/ *Jeffrey Francis Craft*
Jeffrey Francis Craft SBN 147186
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

Timothy Devlin (*pro hac vice*)
James M. Lennon (*pro hac vice*)
Veronica Schad (*pro hac vice*)
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com
vschad@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorney for Plaintiff Blue Spike, LLC, Blue Spike International Ltd., and Wistaria Trading Ltd.*

/s/ *Bryan A. Kohm*
Bryan A. Kohm (CSB No. 233276)
Christopher L. Larson (CSB No. 308247)
Jessica L. Benzler (CSB No. 306164)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2404
Facsimile: 415.875.2300

Jonathan T. McMichael (CSB No. 304737)
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Crystal Nwaneri (CSB No. 318955)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

*Attorneys for Defendant PANDORA MEDIA, LLC*

## ATTESTATION OF SIGNATURES

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (*/s/*) within this e-filed document.

Executed on January 6, 2020.

*/s/ Jeffrey Francis Craft*
Jeffrey Francis Craft SBN 147186

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on January 6, 2020      */s/ Jeffrey Francis Craft*
Jeffrey Francis Craft SBN 147186

*Attorney for Plaintiff Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd.*